UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:16-CV-00485-FL

| | |
|---|---|
| WILSON FERNANDO PROANO,<br><br>    Plaintiff,<br><br>v.<br><br>TAHIR KAKAR, PANKAJ RASIKLAL PARMAR, JAVED A. KHAN, ARIANA CORPORATION (USA) d/b/a BEST PRICE CLEANERS, and ARYA CLEANERS, INC.,<br><br>    Defendants. | <u>ORDER OF DISMISSAL</u> |

THIS MATTER coming before this Court on joint motion by the parties for approval of their settlement agreement and dismissal of the action with prejudice, and it appearing to this Court that the settlement agreement is fair and equitable and the result of arms-length negotiation, and it further appearing to this Court that grounds exist to dismiss the action with prejudice and that the Motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action is dismissed with prejudice.

Dated: _____October 5\_, 2016

*Louise W. Flanagan* (signature)

Louise W. Flanagan
United States District Court Judge